

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2017

No. 04-16-00460-CV

Jason **CAMPBELL**,
Appellant/Cross-Appellee

v.

Ben **LUONG**,
Appellee/Cross-Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10868
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

On December 9, 2016, in the interest of conserving judicial resources and the parties' legal expenses, we acted *sua sponte* and abated this appeal. We advised the parties that any opposition to the abatement must be filed in this court by December 19, 2016. The parties filed responses to each other's earlier filings and responses to our December 9, 2016 order. Appellant Jason Campbell asked this court to reinstate the appeal. Cross-appellant Ben Luong asked this court "to take judicial notice that it lacks jurisdiction" in this appeal, and we construe his request as a motion to dismiss this appeal.

Having considered the parties' filings and the record, we conclude we have jurisdiction in this appeal and the appeal need not remain abated. *See In re Croft*, 737 F.3d 372, 375 (5th Cir. 2013); *Kahn v. Helvetia Asset Recovery, Inc.*, 475 S.W.3d 389, 394 (Tex. App.—San Antonio 2015), *cert. denied*, 137 S. Ct. 453 (2016).

We GRANT appellant Jason Campbell's motion to reinstate the appeal and DENY cross-appellant Ben Luong's motion to dismiss this appeal for want of jurisdiction.

We REINSTATE this appeal and the appellate timetable. Appellant's brief is due within THIRTY DAYS of the date of this order.

_____

Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2017.

_____

Keith E. Hottle
Clerk of Court